UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-22152-WILLIAMS/REID

UNITED STATES OF AMERICA,

    Plaintiff,

v.

APPROXIMATELY $1,252,999.00 FORMERLY ON DEPOSIT IN ACCOUNT NUMBER 30000218917 AT CITY NATIONAL BANK HELD IN THE NAME OF SPITE THE MOVIE, LLC,

    Defendant *In Rem*.
_____/

## REPORT AND RECOMMENDATION ON MOTION FOR ENTRY OF AN ORDER OF FORFEITURE BY DEFAULT JUDGMENT

**THIS MATTER** is before the Court upon Motion of the United States of America (the "United States") for Entry of Order of Forfeiture by Default Judgment Pursuant to Fed. R. Civ. P. 55(b)(2) and Memorandum of Law in Support Thereof (the "Motion"). [ECF No. 11]. The Motion was referred to the Undersigned by the Honorable Kathleen M. Williams for a report and recommendation. [ECF No. 12]. For the reasons addressed below, it is **RECOMMENDED** that the Motion be **GRANTED**.

On June 9, 2023, the United States filed a Verified Complaint for Forfeiture *In Rem* pursuant to 18 U.S.C. § 981(a)(1)(C) and the procedures set forth in Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules") and the Federal Rules of Civil Procedure, to forfeit the following asset that constitutes proceeds of wire fraud and bank fraud: approximately $1,252,999.00 formerly on deposit in account number 30000218917 at City National Bank held in the name of Spite the Movie, LLC (the "Defendant

Funds"). Verified Compl., ECF No. 1.

The United States published notice of this action on an official internet government site for at least 30 consecutive days beginning on July 22, 2023, and ending on August 20, 2023, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules. *See* Declaration of Publication, ECF No. 6.

On July 26, 2023, in accordance with Rule G(4)(b) of the Supplemental Rules, the United States sent notice of the instant civil forfeiture action and a copy of the complaint to potential claimants to the Defendant Funds. *See* Mot. for Clerk's Entry of Default, Exhibit A (Direct Notice Letters and Confirmations of Delivery), ECF No. 7-1.

Potential claimants received notice of the instant civil forfeiture action on July 27, 2023. *See id*. To date, no claims have been filed for the Defendant Funds, and the time for doing so has expired. The Clerk of Court has issued a Warrant of Arrest *In Rem* as to the Defendant Funds, ECF No. 4, which has been duly executed, Process Receipt and Return, ECF No. 10.

The Verified Complaint alleged that in April 2020, Uzoamaka Leonard Ohaebosim ("Ohaebosim") submitted a Paycheck Protection Program ("PPP") loan on behalf of his business Spite the Movie, LLC ("STM") to City National Bank ("CNB"). *See* Verified Compl. at ¶ 15, ECF No. 1. The Complaint further alleged that Ohaebosim provided CNB with an IRS Form 941 (employer's quarterly federal tax return) purportedly for the first quarter of 2020, which stated that STM had 104 employees, had paid $983,117 in wages, and withheld $122,945 in federal income taxes during the first quarter of 2020. *Id*. at ¶ 16. However, the Complaint alleged that based on a review of IRS records, STM has never submitted a Form 941 to the IRS. *Id.* at ¶ 18. The Complaint further alleged that as result of this loan application, CNB approved the PPP loan and deposited the Defendant Funds into account number 30000218917 at CNB held in the name of STM, which

was subsequently seized by the United States on July 31, 2020, pursuant to a seizure warrant issued by the Honorable Magistrate Judge John J. O'Sullivan. *See id.* at ¶¶ 20–22.

STM has not filed a claim as to the Defendant Funds, and their deadline to do so expired on August 31, 2023. To date, no other claims have been filed for the Defendant Funds, and the time for doing so has expired.

On September 22, 2023, the Clerk of Court, upon application of the United States and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, entered a default against the Defendant Funds. *See* Clerk's Default, ECF No. 8.

**THEREFORE**, the Undersigned **RECOMMENDS** that the Motion [ECF No. 11] be **GRANTED**. It is further **RECOMMENDED** that:

1. Default judgment is entered in favor of the United States and against the Defendant Funds, and against all other persons for failure to timely plead, answer, or otherwise defend.

2. The Defendant Funds are forfeited to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C).

3. Any duly authorized law enforcement official, may seize, take possession, and dispose of the forfeited property according to law.

4. The Court shall retain jurisdiction in this matter for the purpose of enforcing this Order.

Objections to this Report may be filed with the District Judge within fourteen days of receipt of a copy of the Report. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1; *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d

1185, 1191-92 (11th Cir. 2020); 28 U.S.C. § 636(b)(1)(C).

**SIGNED** this 9th day of February, 2024.

                                                LISETTE M. REID
                                                UNITED STATES MAGISTRATE JUDGE

cc:    **U.S. District Judge Kathleen M. Williams**; and

       **All Counsel of Record**