**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 23-22152-CV-WILLIAMS**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

APPROXIMATELY $1,252,999.00 FORMERLY
ON DEPOSIT IN ACCOUNT NUMBER
30000218917 AT CITY NATIONAL BANK HELD
IN THE NAME OF SPITE THE MOVIE, LLC,

    Defendant *In Rem*.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 13) ("***Report***") on Plaintiff's Motion for Entry of Order of Forfeiture by Default Judgment (DE 11) ("***Motion***"). In the Report, Magistrate Judge Reid recommends that the Court grant Plaintiff's Motion. (DE 13.) Specifically, the Report finds that Plaintiff published notice of this action on an official internet government site and sent notice of the instant civil forfeiture action to the Defendant's potential claimants as required by Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (*Id.* at 2.) The Report recommends that default judgment is entered in favor of Plaintiff, and against Defendant and all other persons for failure to timely plead, answer, or otherwise defend. (*Id.* at 3.) No objections were filed to the Report, and the time to do so has passed.

Upon an independent review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 13) is **AFFIRMED AND ADOPTED**.
2. Plaintiff's Motion for Entry of Order of Forfeiture by Default Judgment (DE 11) is **GRANTED**.
3. The Clerk of Court is directed to enter default final judgment in favor of Plaintiff United States of America and against Defendant *In Rem* Approximately 1,252,999.00 Formerly on Deposit in Account Number 30000218917 at City National Bank Held in the Name of Spite the Movie, LLC and against all other persons for failure to timely plead, answer, or otherwise defend.
4. The funds associated with Defendant *In Rem* are forfeited to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and any duly authorized law enforcement official may seize, take possession, and dispose of the forfeited property according to law.
5. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida on this <u>4th</u> day of March, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE